PATSY GENTILALA, Plaintiff, Appellant, v. THE CITY OF NEW YORK, Defendant, Respondent, Appellant, and CHARLES A. BUCKLEY and Others, Impleaded Defendants, Respondents.— Judgment and orders unanimously affirmed, with costs to the defendant-respondent The City of New York against the plaintiff-appellant, and with costs to the impleaded defendants-respondents against the defendant-appellant The City of New York. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EDGERTON PARK COMPANY, INCORPORATED, Respondent, v. CATHERINE AHEARN, Appellant. JOHN J. HALLAHAN and Others, Respondents, v. CATHERINE AHEARN, Appellant.— Order, in so far as it relates to the action of Edgerton Park Company, Incorporated, against Catherine Ahearn, unanimously reversed, with ten dollars costs and disbursements to the appellant, and the motion denied. Order, so far as it relates to the action of John J. Hallahan and others against Catherine Ahearn, unanimously affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SOLOMON ZORN, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

OLAVARRIA & COMPANY, INC., Appellant, v. COSMOPOLITAN SHIPPING COMPANY, INC., and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BERNARD R. LIEBERMAN, Plaintiff, Respondent, v. THE CITY OF NEW YORK, Defendant, Respondent, TRANSIT COACH BUS LINES, INC., Defendant, and MAX LERNER, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JOSEPH BRECHER, Appellant, v. FARBER TRANSPORTATION CO., INC., and Others, Defendants, Impleaded with CHARLES SABSEVITZ and Others, Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HELEN BUDZ, Respondent, v. ELIZABETH J. SCHOETT, Individually and as Executrix, etc., of CHRISTIAN SCHOETT, Deceased, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,206.50; in which event the judgment, as so modified, is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MARY STREIT PRESTON, Respondent, v. LAWRENCE G. PRESTON, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore and Callahan, JJ. [178 Misc. 81.]

IDA KOGELMAN, Respondent, v. RYAN'S TAVERN, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MORRIS POLLMAN, Appellant, v. SAM POLLMAN and Others, Respondents.— Judgment unanimously affirmed, with costs to the respondents Pollman and The Pollreal Corporation. No opinion. Present — Martin, P. J., Untermyer, Dore Cohn and Callahan, JJ.